WILLIAM HENCK, Respondent, *v.* DOLLAR STEAMSHIP LINE, Appellant.

(Argued April 9, 1930; decided May 6, 1930.)

*Vernon S. Jones* and *Raymond Parmer* for appellant.
*Leonard F. Fish* and *George A. Grabow* for respondent.

Order affirmed and judgment absolute ordered against the appellant on the stipulation, with costs in all courts; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.